

**Chicken Pesto Pizza**
Pesto base, chicken, mozzarella, and tomatoes.
$22.00


**Hawaiian Pizza**
Ham and pineapple.
$22.00


**BBQ Chicken Pizza**
BBQ chicken, red onions, mushrooms, bacon, and BBQ sauce.
$23.00


**Vegan Pizza**
Marinara sauce, chickpeas, broccoli, onions, tomatoes, mushrooms and arugula.
$22.00


## PIZZAS PREMIUM

**Carbonara**
Alfredo base, mozzarella, bacon, onion, grilled chicken
$49.50


**Napolitana Quattro Formaggi**
Marinara base, mozzarella, blue cheese, provolone, parmesano
$49.50


**Amore Mio**
Alfredo base, mozzarella, mushroom, onion, goat cheese, honey
$49.50


**Napolitana**
Marinara base, mozzarella, tomato, basil, parmesano
$49.50


**Bianca Quattro Formaggi**
Alfredo Base, mozarella, blue cheese, provolone, parmesano
$49.50


**Prosciutto e Funchi**
Pizza sauce, mozzarella, mushroom, prosciutto
$49.50


## PASTAS

**Ziti Marinara**
$12.10


**Ziti Brocoli**
Broccoli, garlic, and olive oil.
$13.20


**Ziti Marinara with Meatballs**
$13.20


**Ziti Mushrooms**
Mushrooms, garlic butter, alfredo sauce, white wine, and parmesan cheese.
$14.00


**Ziti Marinara with Chicken Parmigiana**
Breaded chicken with marinara or alfredo sauce, mozzarella cheese, and parmesan cheese.
$14.00


**Ziti Pesto**
$12.10


**Ziti Adore**
Mixed marinara with alfredo.
$12.60


**Ziti Alfredo**
$12.10


**Baked Ziti**
Ziti baked with ricotta, mozzarella, marinara sauce, Parmesan cheese, and parsley flakes.
$13.20


## CALZONES

**Calzone**
Mozzarella, ricotta, and a side of marinara sauce.
$20.00


**Vegan Calzone**
Marinara sauce, chickpeas, broccoli, onions, tomatoes, and mushrooms, topped with arugula.
$22.50


## APPETIZERS

**Bruschetta**
Garlic, pesto, onions, tomatoes, and shredded mozzarella.
$9.20


**Garlic Bread**
Bread, topped with garlic, herb seasoning, baked to perfection.
$4.37


**Sliders**
Garlic knots stuffed with choice of pepperoni or meatballs, topped with mozzarella cheese.
$8.80


**Garlic Bread with Cheese**
French garlic bread with cheese served with marinara sauce.
$4.80


**Mozzarella Sticks**
Deep fried cheese sticks. Crispy on the outside, gooey on the inside.
$9.50


**Garlic Knots**
A classic snack, our garlic knots are strips of pizza dough tied in a knot, baked, and then topped with…
$6.50


**Meatballs with Marinara Sauce**

$8.20


## SANDWICHES

**Chicken Parmesan Sandwich**
Breaded chicken in marinara sauce with mozzarella and Parmesan cheese.
$14.30


**Buffalo Chicken Sandwich**
Breaded chicken breast tossed with buffalo sauce, topped with blue cheese crumbles, lettuce,…
$14.30


**Prosciutto Sandwich**
Mozzarella, prosciutto, sundried tomatoes, arugula, and pesto.
$14.30


**Turkey Club Sandwich**
Boar's Head oven gold turkey, bacon, Swiss, lettuce, tomatoes, onions, and mayonnaise.
$14.30


**Meatball Parmesan Sandwich**
Meatballs, red sauce, mozzarella, and parmesan cheese.
$14.30


**Vegetarian Sandwich**
Lettuce, tomatoes, red onions, mushrooms, green peppers, black olives, and your choice of cheese.
$13.60


**Cuban Sandwich**
House-made roast pork, ham, Swiss, pickles, and mustard.
$14.60


**Capresse Sandwich**
Fresh mozzarella, tomatoes, and pesto.
$13.90


**Italian Classic Sandwich**
Boar's Head ham, salami, pepperoni, provolone, Italian dressing, lettuce, tomatoes and onions.
$14.30


**Tuna Melt Sandwich**
Tuna, American cheese, lettuce, onions, and tomatoes.
$14.30


**Dill Chicken Salad Sandwich**

$14.30


**Grilled Cheese Sandwich**
Creamy grilled cheese sandwich.
$9.99


**Steak & Cheese Sandwich**
Shaved ribeye, provolone, onions, green peppers, and mushrooms.
$14.60


**BLT Sandwich**
Bacon, lettuce, and tomatoes.
$11.80


**Gyro Sandwich**

$14.30


**Build Your Own Sandwich**
Choice of bread, one meat, one cheese, and condiment, with lettuce, tomatoes, and onions.
$13.60


## SOUPS

**Soup of The Day**

$8.80


## SALADS

**Chef Salad**
Romaine lettuce topped with tomatoes, bacon, ham, turkey, red onions, cheddar cheese, and boiled egg.
$14.20


**Lake Nona Market Salad**
Romaine lettuce, crisp apple, dried cranberries, and homemade candied walnut/pecans.
$14.20


| | |
|---|---|
| **Caesar Salad**<br>Romaine lettuce, Parmesan, and homemade croutons.<br>$13.20  | **The Greek Salad**<br>Romaine lettuce, feta cheese, tomatoes, onions, kalamata olives, pepperoncini & green peppers.<br>$14.00  |
| **Buffalo Chicken Salad**<br>Romaine lettuce, topped with grilled buffalo chicken strips, red onions and blue cheese crumbles<br>$14.00  | **Tuna Salad**<br>Romaine lettuce topped with tuna, tomatoes, red onions, kalamata olives, and cheddar cheese.<br>$14.00  |
| **Garden Salad**<br>Romaine lettuce, tomatoes, red onions, green peppers, croutons, black olives, and banana...<br>$13.20  | |

## SUPER FOODS

| | |
|---|---|
| **Cachapa with Cheese**<br>Sweet corn pancakes with fresh soft white cheese.<br>$14.10  | **2 Vegan Hot Dog**<br><br>$10.35  |
| **Cheese Burger With Chips**<br>Beef patty, cheddar cheese, lettuce, tomatoes, onions, pickles, mayonnaise, mustard, and ketchup.<br>$11.20  | **French Fries**<br><br>$5.80 |
| **Two Hot Dogs & Chips**<br><br>$9.25  | **Chicken Tenders and French Fries**<br><br>$13.50  |
| **Chicken Wings**<br>Chicken wings with carrots, celery, and blue cheese dressing.<br>$13.20  | **Impossible Burger with chips**<br><br>$13.35 |
| **Tequenos**<br><br>$9.65  | **Chicken Nuggets (5)**<br><br>$8.80 |

## DESSERTS

| | |
|---|---|
| **2 Big Red Velvet Cookies**<br><br>$7.10 | **Cookies**<br><br>$5.10 |
| **Nutella Knots**<br><br>$8.50 | **Gelato From Gelato-Go**<br><br>$9.42 |

## SNACKS AND CANDIES

| | |
|---|---|
| **Snickers 1.86 Oz**<br><br>$3.70 | **Hershey´s Cookies and Creme 1.55 oz**<br><br>$3.70 |
| **Milkyway 1.84 Oz**<br><br>$3.70 | **Hershey´s Milk Chocolate 1.55 oz**<br><br>$3.70 |
| **Twix 1.79 Oz**<br><br>$3.70 | **M&M's Peanut 1.74 oz**<br><br>$3.70 |

| | |
|---|---|
| KitKat 1.5 Oz $3.70 | Skittles Original 2.17 oz $3.70 |
| Reese's 1.5 Oz $3.70 | M&M´s Chocolate 1.74 oz $3.70 |
| Crunch 1.55 Oz $3.70 | |

## SMOOTHIES

| | |
|---|---|
| Mixed Tropical Fruit Smoothie $8.00 | Pineapple Smoothie $8.00 |
| Strawberry Smoothie $8.00 | Mango Smoothie $8.00 |

## BEVERAGES

| | |
|---|---|
| 20 Oz Drinks $3.40 | Powerade Fruit Ponche $4.60 |
| Milkshake $12.15 | Powerade Mixed Berry ZERO SUGAR $4.60 |
| Perrier 19.9 Oz $5.80 | Monster $4.60 |
| Soda $3.10 | Monster Zero Sugar $4.60 |
| Gold Peak Green Tea $6.50 | Spindrift Lime $3.10 |
| Gold Peak Unsweetened Tea $6.50 | Spindrift Grapefruit $3.10 |
| Gold Peak Georgia Peach Tea $6.50 | Spindrift Lemon $3.10 |
| Body Armor Superior Hydration $4.60 | Minute Maid Apple $4.60 |

| Body Armor | Minute Maid Orange |
|---|---|
| $4.60 | $4.60 |

| Core Power 42g Complete Protein Strawberry | Minute Maid Tropical |
|---|---|
| $4.60 | $4.60 |

| Core Power 42g Complete Protein Chocolate | Red Bull 8.4 Oz |
|---|---|
| $4.60 | $3.10 |

| Core Power 42g Complete Protein Vanilla | Dasani Water |
|---|---|
| $4.60 | $2.50 |

## BREAKFASTS

Only available 9:00 AM - 11:45 AM

| 1) Bacon, scrambled eggs and american cheese<br>Mexican Breakfast Burrito<br>$10.36 | 10) Plain Bagel - Bagel and cream cheese<br>Bagel<br>$5.40 |
|---|---|
| 2) Sausage, scrambled eggs and american cheese<br>Mexican Breakfast Burrito<br>$10.36 | 11) American Bagel - Bacon, egg and cream cheese<br>Bagel<br>$10.60 |
| 3) Veggies, scrambled eggs and american cheese (tomato,…<br>$10.36 | 12) Italian Bagel - Cream cheese, onion, salt, pepper,…<br>Bagel<br>$11.90 |
| 4) Bacon, scrambled eggs and american cheese<br>French Breakfast Croissant<br>$10.00 | Scramble Eggs, American Cheese, Bacon<br>$11.50 |
| 5) Ham, scrambled eggs and american cheese<br>French Breakfast Croissant<br>$10.00 | Scramble Eggs, Swiss Cheese, Ham<br>$11.50 |
| 6) Veggies, scrambled eggs and american cheese<br>French Breakfast Croissant<br>$10.00 | Scramble Eggs, American Cheese, Veggies<br>$11.50 |
| 7) American full protein Bacon, ham, sausage, egg and…<br>American Breakfast Bowl<br>$11.80 | Scramble Eggs With BLT (Bacon, Lettuce and Tomatoes)<br>$11.50 |
| 8) American Veggies. Tomato, onion, green pepper, mushroo…<br>American Breakfast Bowl<br>$11.20 | Breakfast Pizza<br>Parmesan, Oregano and Olive Oil<br>$13.60 |
| 9) American Vegan. Vegan hot dog, tomato, onion, green…<br>American Breakfast Bowl<br>$11.80 | |

## LUNCH SPECIALS

 Available from 11:00 AM - 2:00 PM

**Grilled Cheese Sandwich & Soup Lunch**
Available from 11 am - 4 pm.
$12.00

**2 Slices Cheese Pizza and Can Soda**
Available from 11 am - 4 pm.
$12.00

**Spaghetti with Meatballs Lunch**
Available from 11 am - 4 pm.
$12.00 

**White Rice, Chicken Parmesan & Caesar...**
Available from 11 am - 4 pm.
$12.00 

**Chef Salad Lunch**
Available from 11 am - 4 pm.
$12.00 

**Spaghetti & Chicken Parmesan Lunch**
Available from 11 am - 4 pm.
$12.00 

**Buffalo Chicken Salad Lunch**
Available from 11 am - 4 pm.
$12.00

**White Rice, Chicken Wings & Black Beans...**
Available from 11 am - 4 pm.
$12.00

## APPETIZERS CATERING

**Tequenos Catering**
Venezuelan cheese sticks.
$56.25

**Chicken Wings Catering**
Your choice of wings.
$75.00

## SANDWICHES & HOT DOGS CATERING

**Ovengold Turkey Sandwich Platter Catering**
With cheese, lettuce, tomatoes, and onions.
$93.75

**Dill Chicken Salad Sandwich Platter Catering**
With cheese, lettuce, tomatoes, and onions.
$93.75

**Ham Sandwich Platter Catering**
With cheese, lettuce, tomatoes, and onions.
$93.75

**Tuna Salad Sandwich Platter**
With cheese, lettuce, tomatoes, and onions.
$93.75

**Italian Sandwich Platter Catering**
With cheese, lettuce, tomatoes, and onions.
$93.75

**Hot Dogs Catering**
$56.25

**Vegetarian Sandwich Platter Catering**
With cheese, lettuce, tomatoes, and onions.
$81.25

## HOT ENTREES CATERING

**Chicken Parmesan Catering**
Breaded chicken cutlets with tomato sauce, mozzarella cheese, and parmesan.
$81.25

**Ziti Marinara Catering**
$60.00

**Baked Ziti Catering**
Ziti with mozzarella and tomato sauce baked to perfection in our oven. Supersized for your party.
$81.25

**Spaghettis Alfredo Catering**
Fettuccine tossed in our creamy homemade alfredo sauce.
$100.00

## SALADS CATERING

**The Greek Salad Catering**
Romaine with feta, tomatoes, onions, Kalamata olives, pepperoncini, and green peppers.
$60.00

**Chef Salad Catering**
Romaine with tomatoes, bacon, ham, turkey, red onion, cheddar, and boiled egg.
$81.25

**Lake Nona Market Salad Catering**
Romaine with apples, dried cranberries, and candied walnuts & pecans.
$60.00

**Caesar Salad Catering**
Romaine with Parmesan, croutons, and Caesar dressing.
$60.00

**Tuna Salad Catering**
Romaine with tuna, tomatoes, cheddar, red onions, and Kalamata olives.
$81.25

**Garden Salad Catering**
Romaine with diced tomatoes, red onions, green peppers, croutons, black olives, and banana peppers.
$60.00

## SIDES CATERING

**Meatballs & Marinara Catering**
$62.50

## DESSERTS CATERING

**Nutella Knots Catering**
$50.00

**Cookies Catering**
Your choice of cookies.
$43.75

## BEER & WINE

**Cabernet Sauvignon**
$16.00

**Moscatto**
$16.00

**Pinot Grigio**
$16.00

**Chardonay**
$16.00

**Sauvignon Blanc**
$16.00

**Sangria**
$18.40

## Ratings & Reviews

### 4.9
★★★★★
227 ratings

**4 Reviews**

SORT: Most Recent | FILTER: Star Ratings | Search reviews...

---

**Feb 20, 2022** — Good experience
★★★★★   Verified Slice Customer
Was this helpful?  ♡ 0   ☁ 0    ⚑ Flag

**May 29, 2021** — The food was great and the order was ready timely.
★★★★★   Kimberly R.
Was this helpful?  ♡ 0   ☁ 0    ⚑ Flag

**Sep 13, 2020** — Easy to order, pizza was on time!
★★★★★   Javier A.
Was this helpful?  ♡ 0   ☁ 0    ⚑ Flag

**Jul 19, 2020** — Fast reliable and accurate
★★★★★   Francisco R.
Was this helpful?  ♡ 0   ☁ 0    ⚑ Flag





Page 1
Lake Nona Deli & Market - Orlando, FL - 8510 Insular Ln - Hours, Menu, Order
https://www.lakenonadelimarketmenu.com/



# LAKE NONA DELI & MARKET

**VIEW MENU**    **START ORDER**

## MOST POPULAR ITEMS

**Cheese Pizza**
Classic cheese or create your own pizza.
$16.30


**Chicken Parmesan Sandwich**
Breaded chicken in marinara sauce with mozzarella and Parmesan cheese.
$12.48


**Cachapa with Cheese**
Sweet corn pancakes with fresh soft white cheese.
$12.36


**Classic Supreme Pizza**
Pepperoni, sausage, ham, onions, green peppers, mushrooms, banana peppers, and black olives.
$21.25


**Cuban Sandwich**
House-made roast pork, ham, Swiss, pickles, and mustard.
$12.80


**Classic Meat Pizza**
Pepperoni, sausage, ham, and bacon.
$21.25


**Impossible Burger with Chips**
Brioche bread, veggie patty, cheddar cheese, lettuce, tomatoes, onions, pickles, ketchup, mustard, and mayonnaise.
$11.56


**Smoothies**
Your choice of flavor.
$6.10

**Steak & Cheese Sandwich**
Shaved ribeye, provolone, onions, green peppers, and mushrooms.
$12.80


**Garlic Knots**
A classic snack, our garlic knots are strips of pizza dough tied in a knot, baked, and then topped with melted butter, garlic, and...
$5.62


## PIZZAS

**Cheese Pizza**
Classic cheese or create your own pizza.
$18.00


## SPECIALTY PIZZA

**Adore Deli Pizza**
Mixed marinara and alfredo sauce, mozzarella, onions, bacon, mushrooms, and parmesan cheese.
$22.00


**Marisa Pizza**
Mozzarella, sundried tomatoes, goat cheese, prosciutto, and arugula.
$25.00





Captured by FireShot Pro: 11 July 2024, 13:58:28
https://getfireshot.com

**Classic Supreme Pizza**
Pepperoni, sausage, ham, onions, green peppers, mushrooms, banana peppers, and black olives.
$25.00


**Classic Meat Pizza**
Pepperoni, sausage, ham, and bacon.
$25.00


**Chicken Pesto Pizza**
Pesto base, chicken, mozzarella, and tomatoes.
$22.00


**BBQ Chicken Pizza**
BBQ chicken, red onions, mushrooms, bacon, and BBQ sauce.
$23.00


**Buffalo Chicken Pizza**
Breaded chicken breast, buffalo sauce, mozzarella, and blue cheese crumbles.
$22.00


**Bianca Pizza**
Alfredo sauce, mozzarella, ricotta cheese, parsley flakes, and garlic oil.
$22.00


**Vegetarian Pizza**
Onions, green peppers, tomatoes, mushrooms, banana peppers, and black olives.
$20.00


**Margherita Pizza**
Pizza red sauce, tomatoes, pesto, and mozzarella.
$20.00


**Hawaiian Pizza**
Ham and pineapple.
$22.00


**Vegan Pizza**
Marinara sauce, chickpeas, broccoli, onions, tomatoes, mushrooms and arugula.
$22.00


## PIZZAS PREMIUM

**Carbonara**
Alfredo base, mozzarella, bacon, onion, grilled chicken
$49.50


**Amore Mio**
Alfredo base, mozzarella, mushroom, onion, goat cheese, honey
$49.50


**Bianca Quattro Formaggi**
Alfredo Base, mozarella, blue cheese, provolone, parmesano
$49.50


**Napolitana Quattro Formaggi**
Marinara base, mozzarella, blue cheese, provolone, parmesano
$49.50


**Napolitana**
Marinara base, mozzarella, tomato, basil, parmesano
$49.50


**Prosciutto e Funchi**
Pizza sauce, mozzarella, mushroom, prosciutto
$49.50


## PASTAS

**Ziti Marinara**
$12.10


**Ziti Marinara with Meatballs**
$13.20


**Ziti Marinara with Chicken Parmigiana**
Breaded chicken with marinara or alfredo sauce, mozzarella cheese, and parmesan cheese.
$14.00


**Ziti Adore**
Mixed marinara with alfredo.
$12.60


**Baked Ziti**
Ziti baked with ricotta, mozzarella, marinara sauce, Parmesan cheese, and parsley flakes.
$13.20


**Ziti Brocoli**
Broccoli, garlic, and olive oil.
$13.20


**Ziti Mushrooms**
Mushrooms, garlic butter, alfredo sauce, white wine, and parmesan cheese.
$14.00


**Ziti Pesto**
$12.10


**Ziti Alfredo**

$12.10

## CALZONES

**Calzone**
Mozzarella, ricotta, and a side of marinara sauce.

$20.00


**Vegan Calzone**
Marinara sauce, chickpeas, broccoli, onions, tomatoes, and mushrooms, topped with arugula.

$22.50


## APPETIZERS

**Bruschetta**
Garlic, pesto, onions, tomatoes, and shredded mozzarella.

$9.20


**Sliders**
Garlic knots stuffed with choice of pepperoni or meatballs, topped with mozzarella cheese.

$8.80


**Mozzarella Sticks**
Deep fried cheese sticks. Crispy on the outside, gooey on the inside.

$9.50


**Meatballs with Marinara Sauce**

$8.20


**Garlic Bread**
Bread, topped with garlic, herb seasoning, baked to perfection.

$4.37


**Garlic Bread with Cheese**
French garlic bread with cheese served with marinara sauce.

$4.80


**Garlic Knots**
A classic snack, our garlic knots are strips of pizza dough tied in a knot, baked, and then topped with melted butter, garlic, and…

$6.50


## SANDWICHES

**Chicken Parmesan Sandwich**
Breaded chicken in marinara sauce with mozzarella and Parmesan cheese.

$14.30


**Prosciutto Sandwich**
Mozzarella, prosciutto, sundried tomatoes, arugula, and pesto.

$14.30


**Meatball Parmesan Sandwich**
Meatballs, red sauce, mozzarella, and parmesan cheese.

$14.30


**Cuban Sandwich**
House-made roast pork, ham, Swiss, pickles, and mustard.

$14.60


**Italian Classic Sandwich**
Boar's Head ham, salami, pepperoni, provolone, Italian dressing, lettuce, tomatoes and onions.

$14.30


**Dill Chicken Salad Sandwich**

$14.30


**Steak & Cheese Sandwich**
Shaved ribeye, provolone, onions, green peppers, and mushrooms.

$14.60


**Gyro Sandwich**

$14.30


**Buffalo Chicken Sandwich**
Breaded chicken breast tossed with buffalo sauce, topped with blue cheese crumbles, lettuce, tomatoes, and onions.

$14.30


**Turkey Club Sandwich**
Boar's Head oven gold turkey, bacon, Swiss, lettuce, tomatoes, onions, and mayonnaise.

$14.30


**Vegetarian Sandwich**
Lettuce, tomatoes, red onions, mushrooms, green peppers, black olives, and your choice of cheese.

$13.60


**Capresse Sandwich**
Fresh mozzarella, tomatoes, and pesto.

$13.90


**Tuna Melt Sandwich**
Tuna, American cheese, lettuce, onions, and tomatoes.
$14.30


**Grilled Cheese Sandwich**
Creamy grilled cheese sandwich.
$9.99


**BLT Sandwich**
Bacon, lettuce, and tomatoes.
$11.80


**Build Your Own Sandwich**
Choice of bread, one meat, one cheese, and condiment, with lettuce, tomatoes, and onions.
$13.60


## SOUPS

**Soup of The Day**
$8.80


## SALADS

**Chef Salad**
Romaine lettuce topped with tomatoes, bacon, ham, turkey, red onions, cheddar cheese, and boiled egg.
$14.20


**Caesar Salad**
Romaine lettuce, Parmesan, and homemade croutons.
$13.20


**Buffalo Chicken Salad**
Romaine lettuce, topped with grilled buffalo chicken strips, red onions and blue cheese crumbles
$14.00


**Garden Salad**
Romaine lettuce, tomatoes, red onions, green peppers, croutons, black olives, and banana peppers.
$13.20


**Lake Nona Market Salad**
Romaine lettuce, crisp apple, dried cranberries, and homemade candied walnut/pecans.
$14.20


**The Greek Salad**
Romaine lettuce, feta cheese, tomatoes, onions, kalamata olives, pepperoncini & green peppers.
$14.00


**Tuna Salad**
Romaine lettuce topped with tuna, tomatoes, red onions, kalamata olives, and cheddar cheese.
$14.00


## SUPER FOODS

**Cachapa with Cheese**
Sweet corn pancakes with fresh soft white cheese.
$14.10


**Cheese Burger With Chips**
Beef patty, cheddar cheese, lettuce, tomatoes, onions, pickles, mayonnaise, mustard, and ketchup.
$11.20


**Two Hot Dogs & Chips**
$9.25

**Chicken Wings**
Chicken wings with carrots, celery, and blue cheese dressing.
$13.20


**Tequenos**
$9.65


**2 Vegan Hot Dog**
$10.35


**French Fries**
$5.80

**Chicken Tenders and French Fries**
$13.50


| Impossible Burger with chips | Chicken Nuggets (5) |
|---|---|
| $13.35 | $8.80 |

## DESSERTS

| 2 Big Red Velvet Cookies | Nutella Knots |
|---|---|
| $7.10 | $8.50 |

| Cookies | Gelato From Gelato-Go |
|---|---|
| $5.10 | $9.42 |

## SNACKS AND CANDIES

| Snickers 1.86 Oz | Milkyway 1.84 Oz |
|---|---|
| $3.70 | $3.70 |

| Twix 1.79 Oz | KitKat 1.5 Oz |
|---|---|
| $3.70 | $3.70 |

| Reese's 1.5 Oz | Crunch 1.55 Oz |
|---|---|
| $3.70 | $3.70 |

| Hershey´s Cookies and Creme 1.55 oz | Hershey´s Milk Chocolate 1.55 oz |
|---|---|
| $3.70 | $3.70 |

| M&M's Peanut 1.74 oz | Skittles Original 2.17 oz |
|---|---|
| $3.70 | $3.70 |

| M&M´s Chocolate 1.74 oz | |
|---|---|
| $3.70 | |

## SMOOTHIES

| Mixed Tropical Fruit Smoothie | Strawberry Smoothie |
|---|---|
| $8.00 | $8.00 |

| Pineapple Smoothie | Mango Smoothie |
|---|---|
| $8.00 | $8.00 |

## BEVERAGES

| | |
|---|---|
| 20 Oz Drinks — $3.40 | Milkshake — $12.15 |
| Perrier 19.9 Oz — $5.80 | Soda — $3.10 |
| Gold Peak Green Tea — $6.50 | Gold Peak Unsweetened Tea — $6.50 |
| Gold Peak Georgia Peach Tea — $6.50 | Body Armor Superior Hydration — $4.60 |
| Body Armor — $4.60 | Core Power 42g Complete Protein Strawberry — $4.60 |
| Core Power 42g Complete Protein Chocolate — $4.60 | Core Power 42g Complete Protein Vanilla — $4.60 |
| Powerade Fruit Ponche — $4.60 | Powerade Mixed Berry ZERO SUGAR — $4.60 |
| Monster — $4.60 | Monster Zero Sugar — $4.60 |
| Spindrift Lime — $3.10 | Spindrift Grapefruit — $3.10 |
| Spindrift Lemon — $3.10 | Minute Maid Apple — $4.60 |
| Minute Maid Orange — $4.60 | Minute Maid Tropical — $4.60 |
| Red Bull 8.4 Oz — $3.10 | Dasani Water — $2.50 |

Page 7
Lake Nona Deli & Market - Orlando, FL - 8510 Insular Ln - Hours, Menu, Order
https://www.lakenonadelimarketmenu.com/

## BREAKFASTS

🕐 Only available 9:00 AM - 11:45 AM

1) Bacon, scrambled eggs and american cheese
Mexican Breakfast Burrito

$10.36

2) Sausage, scrambled eggs and american cheese
Mexican Breakfast Burrito

$10.36

3) Veggies, scrambled eggs and american cheese (tomato, onion, green...

$10.36

4) Bacon, scrambled eggs and american cheese
French Breakfast Croissant

$10.00

5) Ham, scrambled eggs and american cheese
French Breakfast Croissant

$10.00

6) Veggies, scrambled eggs and american cheese
French Breakfast Croissant

$10.00

7) American full protein Bacon, ham, sausage, egg and mozzarella cheese
American Breakfast Bowl

$11.80

8) American Veggies. Tomato, onion, green pepper, mushroom, egg and...
American Breakfast Bowl

$11.20

9) American Vegan. Vegan hot dog, tomato, onion, green pepper,...
American Breakfast Bowl

$11.80

10) Plain Bagel - Bagel and cream cheese
Bagel

$5.40

11) American Bagel - Bacon, egg and cream cheese
Bagel

$10.60

12) Italian Bagel - Cream cheese, onion, salt, pepper, prosciutto, olive oil,...
Bagel

$11.90

Scramble Eggs, American Cheese, Bacon

$11.50

Scramble Eggs, Swiss Cheese, Ham

$11.50

Scramble Eggs, American Cheese, Veggies

$11.50

Scramble Eggs With BLT (Bacon, Lettuce and Tomatoes)

$11.50

Breakfast Pizza
Parmesan, Oregano and Olive Oil

$13.60

## LUNCH SPECIALS

🕐 Available from 11:00 AM - 2:00 PM

Grilled Cheese Sandwich & Soup Lunch
Available from 11 am - 4 pm.

$12.00

Spaghetti with Meatballs Lunch
Available from 11 am - 4 pm.

$12.00



Chef Salad Lunch
Available from 11 am - 4 pm.

$12.00

Buffalo Chicken Salad Lunch
Available from 11 am - 4 pm.

$12.00

**2 Slices Cheese Pizza and Can Soda**
Available from 11 am - 4 pm.
$12.00

**White Rice, Chicken Parmesan & Caesar Salad** 
Available from 11 am - 4 pm.
$12.00

**Spaghetti & Chicken Parmesan Lunch** 
Available from 11 am - 4 pm.
$12.00

**White Rice, Chicken Wings & Black Beans Lunch** 
Available from 11 am - 4 pm.
$12.00

## APPETIZERS CATERING

**Tequenos Catering**
Venezuelan cheese sticks.
$56.25

**Chicken Wings Catering**
Your choice of wings.
$75.00

## SANDWICHES & HOT DOGS CATERING

**Ovengold Turkey Sandwich Platter Catering**
With cheese, lettuce, tomatoes, and onions.
$93.75

**Ham Sandwich Platter Catering**
With cheese, lettuce, tomatoes, and onions.
$93.75

**Italian Sandwich Platter Catering**
With cheese, lettuce, tomatoes, and onions.
$93.75

**Vegetarian Sandwich Platter Catering**
With cheese, lettuce, tomatoes, and onions.
$81.25

**Dill Chicken Salad Sandwich Platter Catering**
With cheese, lettuce, tomatoes, and onions.
$93.75

**Tuna Salad Sandwich Platter**
With cheese, lettuce, tomatoes, and onions.
$93.75

**Hot Dogs Catering**
$56.25

## HOT ENTREES CATERING

**Chicken Parmesan Catering**
Breaded chicken cutlets with tomato sauce, mozzarella cheese, and parmesan.
$81.25

**Baked Ziti Catering**
Ziti with mozzarella and tomato sauce baked to perfection in our oven. Supersized for your party.
$81.25

**Ziti Marinara Catering**
$60.00

**Spaghettis Alfredo Catering**
Fettuccine tossed in our creamy homemade alfredo sauce.
$100.00

## SALADS CATERING

**The Greek Salad Catering**
Romaine with feta, tomatoes, onions, Kalamata olives, pepperoncini, and green peppers.
$60.00

**Lake Nona Market Salad Catering**
Romaine with apples, dried cranberries, and candied walnuts & pecans.
$60.00

**Tuna Salad Catering**
Romaine with tuna, tomatoes, cheddar, red onions, and Kalamata olives.
$81.25

**Chef Salad Catering**
Romaine with tomatoes, bacon, ham, turkey, red onion, cheddar, and boiled egg.
$81.25

Page 9
Lake Nona Deli & Market - Orlando, FL - 8510 Insular Ln - Hours, Menu, Order
https://www.lakenonadelimarketmenu.com/

### Caesar Salad Catering
Romaine with Parmesan, croutons, and Caesar dressing.

$60.00

### Garden Salad Catering
Romaine with diced tomatoes, red onions, green peppers, croutons, black olives, and banana peppers.

$60.00

## SIDES CATERING

### Meatballs & Marinara Catering

$62.50

## DESSERTS CATERING

### Nutella Knots Catering

$50.00

### Cookies Catering
Your choice of cookies.

$43.75

## BEER & WINE

### Cabernet Sauvignon
$16.00

### Pinot Grigio
$16.00

### Sauvignon Blanc
$16.00

### Moscatto
$16.00

### Chardonay
$16.00

### Sangria
$18.40

## LAKE NONA DELI & MARKET

Looking for something good to eat? Try the best pizzas in Orlando.

Lake Nona Deli & Market remains one of the most popular in Orlando thanks to its fresh offerings and classic pizzas. Give their menu a try and see what all the fuss is about.

If you're feeling hungry, don't hesitate. Enjoy the top dishes Orlando has to offer. This restaurant is known for Cachapa with Cheese. Try it for yourself and see what the fuss is about.

It's not just pizza. Try french fries for a delicious addition to your meal. Even the biggest appetite can be satisfied here.

Lake Nona Deli & Market has been a Slice partner for 4 years. This local business is a feature of the community it serves. Curbside pickup makes takeout easy. All you have to do is place an order and show up. You can't beat that for convenience!

Pay by credit card to make the checkout process easier.

Follow Lake Nona Deli & Market on social media to keep up with the latest news.

**(407) 305-6423**

**8510 INSULAR LN**
**ORLANDO, FL 32827**

Get Directions

**9:00 AM-8:30 PM** OPEN NOW!

Full Hours



CONTACT US
8510 Insular Ln, Orlando, FL 32827
(407) 305-6423

FOLLOW US


FIND US ON THE SLICE APP


Captured by FireShot Pro: 11 July 2024, 13:58:28
https://getfireshot.com

