IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 6:25-CV-00341

IMAGE PROFESSIONALS GMBH
d/b/a STOCKFOOD,

    Plaintiff,

v.

BONGARDI LLC d/b/a LAKE NONA
DELI & MARKET,

    Defendant.

## NOTICE OF LEAD COUNSEL DESIGNATION

Please take notice that Daniel DeSouza, Esq., of the law firm of CopyCat Legal PLLC, is hereby designated as lead counsel in this action pursuant to Local Rule 2.02(a).

                              Respectfully submitted,

Dated: February 28, 2025.        COPYCAT LEGAL PLLC
                                              3111 N. University Drive
                                              Suite 301
                                              Coral Springs, FL 33065
                                              Telephone: (877) 437-6228
                                              dan@copycatlegal.com


                                              By: /s/ Daniel DeSouza_____
                                                  Daniel DeSouza, Esq.
                                                  Florida Bar No.: 19291

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.
