IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:25-CV-00341

IMAGE PROFESSIONALS GMBH
d/b/a STOCKFOOD,

    Plaintiff,

v.

BONGARDI LLC d/b/a LAKE NONA
DELI & MARKET,

    Defendant.

## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I hereby certify that the above-captioned case:

_____  **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

__X__  **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: February 28, 2025.   COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza_____
   Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.