AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>USDC – Middle District of Florida |
|---|---|
| DOCKET NO.<br><br>6:25-cv-00341-GAP-UAM | DATE FILED<br><br>February 28, 2025 | 300 North Hogan Street Jacksonville, FL 32202 |

| PLAINTIFF<br><br>IMAGE PROFESSIONALS GMBH | DEFENDANT<br><br>BONGARDI LLC |
|---|---|

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1   See attached Complaint | | |

| CLERK<br>ELIZABETH M. WARREN | (BY) DEPUTY CLERK<br>Ericka Kerr | DATE<br>March 3, 2025 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 6:25-cv-00341

IMAGE PROFESSIONALS GMBH
d/b/a STOCKFOOD,

     Plaintiff,

v.

BONGARDI LLC d/b/a LAKE NONA
DELI & MARKET,

     Defendant.

_____

## **COMPLAINT**

Plaintiff Image Professionals GmbH d/b/a StockFood ("Plaintiff") sues Bongardi LLC d/b/a Lake Nona Deli & Market ("Defendant"), and alleges as follows:

## **THE PARTIES**

1. Plaintiff is a "Gesellschaft mit beschränkter Haftung" (the functional equivalent of a limited liability company under US law) organized and existing under the laws of the Federal Republic of Germany with its principal place of business located in Munich, Germany.

2. Defendant is a limited liability company organized and existing under the laws of the State of Florida with its principal place of business located at 8510 Insular Ln, Orlando, FL 32827. Defendant's agent for service of process is Rafael

E. Catari, 12301 Lake Underhill Road, Suite 257, Monticello, FL 32828.

## JURISDICTION AND VENUE

3.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.    This Court has personal jurisdiction over Defendant because it has maintained sufficient minimum contacts with this State such that the exercise of personal jurisdiction over it would not offend traditional notions of fair play and substantial justice.

5.    Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agents reside or may be found in this district. "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant." Palmer v. Braun, 376 F.3d 1254, 1259-60 (11th Cir. 2004).  "In other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'" McGregor v. In Tune Music Grp., No. 15-62044-CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill. 1991)).

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

## FACTS

### I.    Plaintiff's Business and History

6.     Originally started in 1979 as StockFood GmbH, Plaintiff's goal was to create the largest premium collection of food images on the international photography market. Today, Plaintiff has amassed the world's largest collection of professional food images, videos, and recipes, with approximately 1 million images offered from a collection of 1,500 different photographers.

7.     Such content is offered for license on Plaintiff's StockFood website (https://usa.stockfood.com/).    In 2019, Plaintiff was renamed to Image Professionals GmbH to account for its expansions into libraries beyond food photography and the provision of services to image professionals throughout the world.

8.     Plaintiff's image library was previously made available for license in the United States through its wholly-owned subsidiary, StockFood America, Inc. ("StockFood America").  In November 2020, however, Plaintiff and StockFood America entered into a Rights Transfer and Stock Purchase Agreement whereby StockFood America assigned and transferred to Plaintiff all of its copyrighted materials and registrations, including the work(s) at issue herein and their corresponding registrations with the Register of Copyrights.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

## II.    The Work at Issue in this Lawsuit

9.    In 2010, one of Plaintiff's professional contributor photographers created a photograph titled "11087802" (the "Work"). A copy of the Work is displayed below:



10.    The Work was registered by StockFood America with the Register of Copyrights on June 10, 2013 and was assigned Registration No. VA 1-434-122. A true and correct copy of the Certificate of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

11.    For all times relevant to this action, Plaintiff and the subject contributor photographer(s) were parties to one or more written agreements whereby such photographer(s) conveyed to Plaintiff certain exclusive rights in the Work, including but not limited to the exclusive right to reproduce the Work in copies and

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

the exclusive right to distribute copies of the Work to the public by sale and/or licensing. Such written agreement(s) likewise convey the exclusive right to pursue any infringements of the Work, whether such infringements arose prior to execution of the written agreement(s) or thereafter. Such written agreement(s) likewise authorize Plaintiff (or its wholly-owned subsidiary, StockFood America) to register any of the contributor photographer(s)' photographs with the US Copyright Office (with Plaintiff as the claimant) to the extent such contributor photographer(s) have not already done so. As such, Plaintiff is entitled to institute and maintain this action for copyright infringement. See 17 U.S.C. § 501(b).

## III.   Defendant's Unlawful Activities

12.   Defendant acts as a delicatessen and pizzeria in the Lake Nona region.

13.   Defendant advertises/markets its business through its website (https://www.lakenonadelimarketmenu.com/), social media (e.g., https://www.facebook.com/lakenonadeliandmarket , https://www.instagram.com/lakenonadeliandmarket/, and https://www.youtube.com/channel/UC69poKvkBTzGyzlsyTHh5Mg), and other forms of advertising.

14.   On a date after the above-referenced copyright registration of the Work, Defendant displayed and/or published the Work on its website, webpage, and/or social media (at https://www.lakenonadelimarketmenu.com/):

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228



(at https://slicelife.com/restaurants/fl/orlando/32827/lake-nona-deli-market/menu):



COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228

15.    A  true  and  correct  copy  of  screenshots  of  Defendant's  website, webpage, and/or social media, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

16.    Defendant  is  not  and  has  never  been  licensed  to  use  or  display  the Work.  Defendant never contacted Plaintiff to seek permission to use the Work in connection with Defendant's website, webpage, and/or social media – even though the  Work  that  was  copied  is  clearly  professional  photography  that  would  put Defendant on notice that the Work was not intended for public use.

17.    Defendant utilized the Work for commercial use.

18.    Upon information and belief, Defendant located a copy of the Work on the internet and, rather than contact Plaintiff to secure a license, simply copied the Work for its own commercial use.

19.    Through its ongoing diligent efforts to identify unauthorized use of its photographs,  Plaintiff  discovered  Defendant's  unauthorized  use/display  of  the Work in June 2024. Following Plaintiff's discovery, Plaintiff notified Defendant in writing of such unauthorized use.

20.    All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT

21.    Plaintiff re-alleges and incorporates paragraphs 1 through 20 as set forth

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

above.

22.   Each photograph comprising the Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

23.   Plaintiff has standing to bring this lawsuit and assert the claim(s) herein as it has sufficient rights, title, and interest to such copyrights (as Plaintiff was conveyed certain exclusive rights to reproduce and distribute the Work by the subject photographer(s) and/or registered the Work with the Register of Copyrights in Plaintiff's name).

24.   As a result of Plaintiff's reproduction, distribution, and public display of the Work, Defendant had access to the Work prior to its own reproduction, distribution, and public display of the Work on Defendant's website, webpage, and/or social media.

25.   Defendant reproduced, distributed, displayed, and/or publicly displayed the Work without authorization from Plaintiff.

26.   By its actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501.  Defendant's infringement was either direct, vicarious, and/or contributory.

27.   Defendant's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Defendant clearly understands that professional photography such as the Work is generally paid for and cannot simply be copied from the internet.

28.   Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

29.   Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b)), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of the Work, which amounts shall be proven at trial.

30.   Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

31.   Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Defendant's conduct.

32.   Defendant's conduct has caused, and any continued infringing conduct will continue to cause, irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

a. A declaration that Defendant has infringed Plaintiff's copyrights in the Work;

b. A declaration that such infringement is willful;

c. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for each photograph comprising the Work;

d. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f. Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g. For such other relief as the Court deems just and proper.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Dated: February 28, 2025.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291

**EXHIBIT "A"**

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form VA**

VA 1-434-122

*UK000001434122s*

| VA | VAU |

EFFECTIVE DATE OF REGISTRATION

6    10    2013
Month  Day  Year

N SHEET.

**1**

**TITLE OF THIS WORK ▼** See Instructions

Group Registration for Automated Database Compilation Database

Digital Images Compilation Database

**PREVIOUS OR ALTERNATIVE TITLES ▼**

titled Stockfood America Published Quarterly From 4/1/12 - 6/30/12

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the
collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**

Stockfood America

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

NA

**WAS THIS CONTRIBUTION TO THE
WORK A "WORK MADE FOR HIRE"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___ USA ___
Domiciled in ___ Maine ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE
WORK**
Anonymous?   ☐ Yes  ☒ No    *If the answer to either of these questions is "Yes," see detailed instructions*
Pseudonymous?  ☐ Yes  ☒ No

**NOTE**
Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire,"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☒ Photograph       ☐ Text          Compilation of photographs
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**b** **NAME OF AUTHOR ▼**

See Contribution Forms

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**WAS THIS CONTRIBUTION TO THE
WORK A "WORK MADE FOR HIRE"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?   ☐ Yes  ☐ No    *If the answer to either of these questions is "Yes," see detailed instructions*
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**3**

**a** **YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED**
Year ▶ 2012

This information
must be given
in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information  Month ▶ 6    Day ▶ 30    Year ▶ 2012
ONLY if this work
has been published.       Nation ▶ US

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as
the author given in space 2. ▼

Stockfood America
1091 Lafayette Center Kennebunk ME 04043

See instructions
before completing
this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By contract

**APPLICATION RECEIVED**
6/10/2013
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

*DO NOT WRITE HERE
OFFICE USE ONLY*

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 138 pages

*Amended by C.O. through email
with Deborah Free of Stockfood
America on June 10, 2013.

| EXAMINED BY KSL | | FORM VA |
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

*  Previously published database

**6**

a

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New photographs
New compilation of photographs

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Shannon Mahoney
Stockfood America
109 Lafayette Center Kennebunk ME 04043
Area code and daytime telephone number  207 967 5776          Fax number  (     )

Email shannon.mahoney@stockfood.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Stockfood America
　　Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Deborah A Free          Date 5/29/13

Handwritten signature (X) ▼
X  Deborah Free

**8**

**9**

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Stockfodd America |
| | **Number/Street/Apt** ▼ 109 Lafayette Center |
| | **City/State/Zip** ▼ Kennebunk, ME 04043 |

YOU MUST:
· Complete all necessary spaces
· Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office-VA
101 Independence Avenue SE
Washington, DC 20559

*17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Form VA-Full  Rev 05/2012  Print 05/2012—6 000  Printed on recycled paper          U S Government Printing Office 2012-372-462 80,911



### Lake Nona Deli & Market
8510 Insular Ln, Orlando, FL 32827

★★★★★ (227)

407-305-6423    

Open until 8:30 PM   Full Hours

## YOUR ORDER

Delivery or Pickup available    →



your cart is empty

Most Popular Items   Pizzas   Specialty Pizza   Pizzas Premium   Pastas   Calzones   Appetizers   Sandwiches   Soups   Salads   Super Foods

## MOST POPULAR ITEMS

**Cheese Pizza**
Classic cheese or create your own pizza.
$16.30


**Classic Meat Pizza**
Pepperoni, sausage, ham, and bacon.
$21.25

**Chicken Parmesan Sandwich**
Breaded chicken in marinara sauce with mozzarella and Parmesan cheese.
$12.48

**Impossible Burger with Chips**
Brioche bread, veggie patty, cheddar cheese, lettuce, tomatoes, onions, pickles, ketchup...
$11.56

**Cachapa with Cheese**
Sweet corn pancakes with fresh soft white cheese.
$12.36


**Smoothies**
Your choice of flavor.
$6.10

$12.36


$6.10

**Classic Supreme Pizza**
Pepperoni, sausage, ham, onions, green peppers, mushrooms, banana peppers, and black olives.
$21.25


**Steak & Cheese Sandwich**
Shaved ribeye, provolone, onions, green peppers, and mushrooms.
$12.80


**Cuban Sandwich**
House-made roast pork, ham, Swiss, pickles, and mustard.
$12.80

**Garlic Knots**
A classic snack, our garlic knots are strips of pizza dough tied in a knot, baked, and then topped with...
$5.62

## PIZZAS

**Cheese Pizza**
Classic cheese or create your own pizza.
$18.00


## SPECIALTY PIZZA

**Adore Deli Pizza**
Mixed marinara and alfredo sauce, mozzarella, onions, bacon, mushrooms, and parmesan cheese.
$22.00


**Buffalo Chicken Pizza**
Breaded chicken breast, buffalo sauce, mozzarella, and blue cheese crumbles.
$22.00


**Marisa Pizza**
Mozzarella, sundried tomatoes, goat cheese, prosciutto, and arugula.
$25.00


**Bianca Pizza**
Alfredo sauce, mozzarella, ricotta cheese, parsley flakes, and garlic oil.
$22.00


**Classic Supreme Pizza**
Pepperoni, sausage, ham, onions, green peppers, mushrooms, banana peppers, and black olives.
$25.00


**Vegetarian Pizza**
Onions, green peppers, tomatoes, mushrooms, banana peppers, and black olives.
$20.00


**Classic Meat Pizza**
Pepperoni, sausage, ham, and bacon.
$25.00


**Margherita Pizza**
Pizza red sauce, tomatoes, pesto, and mozzarella.
$20.00

Page 2
Lake Nona Deli & Market - View Menu & Order Online - 8510 Insular Ln, Orlando, FL 32827 - Slice
https://slicelife.com/restaurants/fl/orlando/32827/lake-nona-deli-market/menu

**Chicken Pesto Pizza**
Pesto base, chicken, mozzarella, and tomatoes.

$22.00



**Hawaiian Pizza**
Ham and pineapple.

$22.00



**BBQ Chicken Pizza**
BBQ chicken, red onions, mushrooms, bacon, and BBQ sauce.

$23.00



**Vegan Pizza**
Marinara sauce, chickpeas, broccoli, onions, tomatoes, mushrooms and arugula.

$22.00



## PIZZAS PREMIUM

**Carbonara**
Alfredo base, mozzarella, bacon, onion, grilled chicken

$49.50



**Napolitana Quattro Formaggi**
Marinara base, mozzarella, blue cheese, provolone, parmesano

$49.50



**Amore Mio**
Alfredo base, mozzarella, mushroom, onion, goat cheese, honey

$49.50



**Napolitana**
Marinara base, mozzarella, tomato, basil, parmesano

$49.50



**Bianca Quattro Formaggi**
Alfredo Base, mozzarella, blue cheese, provolone, parmesano

$49.50



**Prosciutto e Funchi**
Pizza sauce, mozzarella, mushroom, prosciutto

$49.50



## PASTAS

**Ziti Marinara**

$12.10



**Ziti Brocoli**
Broccoli, garlic, and olive oil.

$13.20



**Ziti Marinara with Meatballs**

$13.20



**Ziti Mushrooms**
Mushrooms, garlic butter, alfredo sauce, white wine, and parmesan cheese.

$14.00



**Ziti Marinara with Chicken Parmigiana**
Breaded chicken with marinara or alfredo sauce, mozzarella cheese, and parmesan cheese.

$14.00



**Ziti Pesto**

$12.10



**Ziti Adore**
Mixed marinara with alfredo.

$12.60



**Ziti Alfredo**

$12.10



**Baked Ziti**
Ziti baked with ricotta, mozzarella, marinara sauce, Parmesan cheese, and parsley flakes.

$13.20



## CALZONES

**Calzone**
Mozzarella, ricotta, and a side of marinara sauce.

$20.00



**Vegan Calzone**
Marinara sauce, chickpeas, broccoli, onions, tomatoes, and mushrooms, topped with arugula.

$22.50



## APPETIZERS

**Bruschetta**
Garlic, pesto, onions, tomatoes, and shredded mozzarella.

$9.20



**Garlic Bread**
Bread, topped with garlic, herb seasoning, baked to perfection.

$4.37



Captured by FireShot Pro: 11 July 2024, 13:56:33
https://getfireshot.com

Page 3
Lake Nona Deli & Market - View Menu & Order Online - 8510 Insular Ln, Orlando, FL 32827 - Slice
https://slicelife.com/restaurants/fl/orlando/32827/lake-nona-deli-market/menu

**Sliders**
Garlic knots stuffed with choice of pepperoni or meatballs, topped with mozzarella cheese.
$8.80


**Garlic Bread with Cheese**
French garlic bread with cheese served with marinara sauce.
$4.80


**Mozzarella Sticks**
Deep fried cheese sticks. Crispy on the outside, gooey on the inside.
$9.50


**Garlic Knots**
A classic snack, our garlic knots are strips of pizza dough tied in a knot, baked, and then topped with...
$6.50


**Meatballs with Marinara Sauce**
$8.20


## SANDWICHES

**Chicken Parmesan Sandwich**
Breaded chicken in marinara sauce with mozzarella and Parmesan cheese.
$14.30


**Buffalo Chicken Sandwich**
Breaded chicken breast tossed with buffalo sauce, topped with blue cheese crumbles, lettuce,...
$14.30


**Prosciutto Sandwich**
Mozzarella, prosciutto, sundried tomatoes, arugula, and pesto.
$14.30


**Turkey Club Sandwich**
Boar's Head oven gold turkey, bacon, Swiss, lettuce, tomatoes, onions, and mayonnaise.
$14.30


**Meatball Parmesan Sandwich**
Meatballs, red sauce, mozzarella, and parmesan cheese.
$14.30


**Vegetarian Sandwich**
Lettuce, tomatoes, red onions, mushrooms, green peppers, black olives, and your choice of cheese.
$13.60


**Cuban Sandwich**
House-made roast pork, ham, Swiss, pickles, and mustard.
$14.60


**Capresse Sandwich**
Fresh mozzarella, tomatoes, and pesto.
$13.90


**Italian Classic Sandwich**
Boar's Head ham, salami, pepperoni, provolone, Italian dressing, lettuce, tomatoes and onions.
$14.30


**Tuna Melt Sandwich**
Tuna, American cheese, lettuce, onions, and tomatoes.
$14.30


**Dill Chicken Salad Sandwich**
$14.30


**Grilled Cheese Sandwich**
Creamy grilled cheese sandwich.
$9.99


**Steak & Cheese Sandwich**
Shaved ribeye, provolone, onions, green peppers, and mushrooms.
$14.60


**BLT Sandwich**
Bacon, lettuce, and tomatoes.
$11.80


**Gyro Sandwich**
$14.30


**Build Your Own Sandwich**
Choice of bread, one meat, one cheese, and condiment, with lettuce, tomatoes, and onions.
$13.60


## SOUPS

**Soup of The Day**
$8.80


## SALADS

**Chef Salad**
Romaine lettuce topped with tomatoes, bacon, ham, turkey, red onions, cheddar cheese, and boiled egg.
$14.20


**Lake Nona Market Salad**
Romaine lettuce, crisp apple, dried cranberries, and homemade candied walnut/pecans.
$14.20


Captured by FireShot Pro: 11 July 2024, 13:56:33
https://getfireshot.com

Page 4
Lake Nona Deli & Market - View Menu & Order Online - 8510 Insular Ln, Orlando, FL 32827 - Slice
https://slicelife.com/restaurants/fl/orlando/32827/lake-nona-deli-market/menu

**Caesar Salad**
Romaine lettuce, Parmesan, and homemade croutons.
$13.20



**The Greek Salad**
Romaine lettuce, feta cheese, tomatoes, onions, kalamata olives, pepperoncini & green peppers.
$14.00



**Buffalo Chicken Salad**
Romaine lettuce, topped with grilled buffalo chicken stripe, red onions and blue cheese crumbles
$14.00



**Tuna Salad**
Romaine lettuce topped with tuna, tomatoes, red onions, kalamata olives, and cheddar cheese.
$14.00



**Garden Salad**
Romaine lettuce, tomatoes, red onions, green peppers, croutons, black olives, and banana...
$13.20



## SUPER FOODS

**Cachapa with Cheese**
Sweet corn pancakes with fresh soft white cheese.
$14.10



**2 Vegan Hot Dog**
$10.35



**Cheese Burger With Chips**
Beef patty, cheddar cheese, lettuce, tomatoes, onions, pickles, mayonnaise, mustard, and ketchup.
$11.20



**French Fries**
$5.80

**Two Hot Dogs & Chips**
$9.25



**Chicken Tenders and French Fries**
$13.50



**Chicken Wings**
Chicken wings with carrots, celery, and blue cheese dressing.
$13.20



**Impossible Burger with chips**
$13.35

**Tequenos**
$9.65



**Chicken Nuggets (5)**
$8.80

## DESSERTS

**2 Big Red Velvet Cookies**
$7.10

**Cookies**
$5.10

**Nutella Knots**
$8.50

**Gelato From Gelato-Go**
$9.42

## SNACKS AND CANDIES

**Snickers 1.86 Oz**
$3.70

**Hershey's Cookies and Creme 1.55 oz**
$3.70

**Milkyway 1.84 Oz**
$3.70

**Hershey's Milk Chocolate 1.55 oz**
$3.70

**Twix 1.79 Oz**
$3.70

**M&M's Peanut 1.74 oz**
$3.70

| | |
|---|---|
| KitKat 1.5 Oz<br><br>$3.70 | Skittles Original 2.17 oz<br><br>$3.70 |
| Reese's 1.5 Oz<br><br>$3.70 | M&M´s Chocolate 1.74 oz<br><br>$3.70 |
| Crunch 1.55 Oz<br><br>$3.70 | |

**SMOOTHIES**

| | |
|---|---|
| Mixed Tropical Fruit Smoothie<br><br>$8.00 | Pineapple Smoothie<br><br>$8.00 |
| Strawberry Smoothie<br><br>$8.00 | Mango Smoothie<br><br>$8.00 |

**BEVERAGES**

| | |
|---|---|
| 20 Oz Drinks<br><br>$3.40 | Powerade Fruit Ponche<br><br>$4.60 |
| Milkshake<br><br>$12.15 | Powerade Mixed Berry ZERO SUGAR<br><br>$4.60 |
| Perrier 19.9 Oz<br><br>$5.80 | Monster<br><br>$4.60 |
| Soda<br><br>$3.10 | Monster Zero Sugar<br><br>$4.60 |
| Gold Peak Green Tea<br><br>$6.50 | Spindrift Lime<br><br>$3.10 |
| Gold Peak Unsweetened Tea<br><br>$6.50 | Spindrift Grapefruit<br><br>$3.10 |
| Gold Peak Georgia Peach Tea<br><br>$6.50 | Spindrift Lemon<br><br>$3.10 |
| Body Armor Superior Hydration<br><br>$4.60 | Minute Maid Apple<br><br>$4.60 |

| | |
|---|---|
| **Body Armor** <br><br> $4.60 | **Minute Maid Orange** <br><br> $4.60 |
| **Core Power 42g Complete Protein Strawberry** <br><br> $4.60 | **Minute Maid Tropical** <br><br> $4.60 |
| **Core Power 42g Complete Protein Chocolate** <br><br> $4.60 | **Red Bull 8.4 Oz** <br><br> $3.10 |
| **Core Power 42g Complete Protein Vanilla** <br><br> $4.60 | **Dasani Water** <br><br> $2.50 |

**BREAKFASTS**

🕐 Only available 9:00 AM - 11:45 AM

| | |
|---|---|
| **1) Bacon, scrambled eggs and american cheese** <br> Mexican Breakfast Burrito <br><br> $10.36 | **10) Plain Bagel - Bagel and cream cheese** <br> Bagel <br><br> $5.40 |
| **2) Sausage, scrambled eggs and american cheese** <br> Mexican Breakfast Burrito <br><br> $10.36 | **11) American Bagel - Bacon, egg and cream cheese** <br> Bagel <br><br> $10.60 |
| **3) Veggies, scrambled eggs and american cheese (tomato,...** <br><br> $10.36 | **12) Italian Bagel - Cream cheese, onion, salt, pepper,...** <br> Bagel <br><br> $11.90 |
| **4) Bacon, scrambled eggs and american cheese** <br> French Breakfast Croissant <br><br> $10.00 | **Scramble Eggs, American Cheese, Bacon** <br><br> $11.50 |
| **5) Ham, scrambled eggs and american cheese** <br> French Breakfast Croissant <br><br> $10.00 | **Scramble Eggs, Swiss Cheese, Ham** <br><br> $11.50 |
| **6) Veggies, scrambled eggs and american cheese** <br> French Breakfast Croissant <br><br> $10.00 | **Scramble Eggs, American Cheese, Veggies** <br><br> $11.50 |
| **7) American full protein Bacon, ham, sausage, egg and...** <br> American Breakfast Bowl <br><br> $11.80 | **Scramble Eggs With BLT (Bacon, Lettuce and Tomatoes)** <br><br> $11.50 |
| **8) American Veggies. Tomato, onion, green pepper, mushroo...** <br> American Breakfast Bowl <br><br> $11.20 | **Breakfast Pizza** <br> Parmesan, Oregano and Olive Oil <br><br> $13.60 |
| **9) American Vegan. Vegan hot dog, tomato, onion, green...** <br> American Breakfast Bowl <br><br> $11.80 | |

Page 7
Lake Nona Deli & Market - View Menu & Order Online - 8510 Insular Ln, Orlando, FL 32827 - Slice
https://slicelife.com/restaurants/fl/orlando/32827/lake-nona-deli-market/menu

## LUNCH SPECIALS

🕐 Available from 11:00 AM - 2:00 PM

**Grilled Cheese Sandwich & Soup Lunch**
Available from 11 am - 4 pm.

$12.00

**2 Slices Cheese Pizza and Can Soda**
Available from 11 am - 4 pm.

$12.00

**Spaghetti with Meatballs Lunch**
Available from 11 am - 4 pm.

$12.00



**White Rice, Chicken Parmesan & Caesar...**
Available from 11 am - 4 pm.

$12.00



**Chef Salad Lunch**
Available from 11 am - 4 pm.

$12.00

**Spaghetti & Chicken Parmesan Lunch**
Available from 11 am - 4 pm.

$12.00



**Buffalo Chicken Salad Lunch**
Available from 11 am - 4 pm.

$12.00

**White Rice, Chicken Wings & Black Beans...**
Available from 11 am - 4 pm.

$12.00

## APPETIZERS CATERING

**Tequenos Catering**
Venezuelan cheese sticks.

$56.25

**Chicken Wings Catering**
Your choice of wings.

$75.00

## SANDWICHES & HOT DOGS CATERING

**Ovengold Turkey Sandwich Platter Catering**
With cheese, lettuce, tomatoes, and onions.

$93.75

**Dill Chicken Salad Sandwich Platter Catering**
With cheese, lettuce, tomatoes, and onions.

$93.75

**Ham Sandwich Platter Catering**
With cheese, lettuce, tomatoes, and onions.

$93.75

**Tuna Salad Sandwich Platter**
With cheese, lettuce, tomatoes, and onions.

$93.75

**Italian Sandwich Platter Catering**
With cheese, lettuce, tomatoes, and onions.

$93.75

**Hot Dogs Catering**

$56.25

**Vegetarian Sandwich Platter Catering**
With cheese, lettuce, tomatoes, and onions.

$81.25

## HOT ENTREES CATERING

**Chicken Parmesan Catering**
Breaded chicken cutlets with tomato sauce, mozzarella cheese, and parmesan.

$81.25

**Ziti Marinara Catering**

$60.00

**Baked Ziti Catering**
Ziti with mozzarella and tomato sauce baked to perfection in our oven. Supersized for your party.

$81.25

**Spaghettis Alfredo Catering**
Fettuccine tossed in our creamy homemade alfredo sauce.

$100.00

## SALADS CATERING

**The Greek Salad Catering**
Romaine with feta, tomatoes, onions, Kalamata olives, pepperoncini, and green peppers.

$60.00

**Chef Salad Catering**
Romaine with tomatoes, bacon, ham, turkey, red onion, cheddar, and boiled egg.

$81.25

Page 8
Lake Nona Deli & Market - View Menu & Order Online - 8510 Insular Ln, Orlando, FL 32827 - Slice
https://slicelife.com/restaurants/fl/orlando/32827/lake-nona-deli-market/menu



**Lake Nona Market Salad Catering**
Romaine with apples, dried cranberries, and candied walnuts & pecans.

$60.00

**Caesar Salad Catering**
Romaine with Parmesan, croutons, and Caesar dressing.

$60.00

**Tuna Salad Catering**
Romaine with tuna, tomatoes, cheddar, red onions, and Kalamata olives.

$81.25

**Garden Salad Catering**
Romaine with diced tomatoes, red onions, green peppers, croutons, black olives, and banana peppers.

$60.00

**SIDES CATERING**

**Meatballs & Marinara Catering**

$62.50

**DESSERTS CATERING**

**Nutella Knots Catering**

$50.00

**Cookies Catering**
Your choice of cookies.

$43.75

**BEER & WINE**



**Cabernet Sauvignon**

$16.00

**Moscatto**

$16.00

**Pinot Grigio**

$16.00

**Chardonay**

$16.00

**Sauvignon Blanc**

$16.00

**Sangria**

$18.40

Ratings & Reviews

4.9
★★★★★
227 ratings

4 Reviews



| SORT Most Recent | FILTER Star Ratings | 🔍 Search reviews... |

Feb 20, 2022        Good experience
★★★★★                Verified Slice Customer

Was this helpful?  ♡ 0   ◇ 0                                    ⚑ Flag

May 29, 2021        The food was great and the order was ready timely.
★★★★★                Kimberly R.

Was this helpful?  ♡ 0   ◇ 0                                    ⚑ Flag

Sep 13, 2020        Easy to order, pizza was on time!
★★★★★                Javier A.

Was this helpful?  ♡ 0   ◇ 0                                    ⚑ Flag

Jul 19, 2020        Fast reliable and accurate
★★★★★                Francisco R.

Was this helpful?  ♡ 0   ◇ 0                                    ⚑ Flag



Page 9
Lake Nona Deli & Market - View Menu & Order Online - 8510 Insular Ln, Orlando, FL 32827 - Slice
https://slicelife.com/restaurants/fl/orlando/32827/lake-nona-deli-market/menu

**Have a question about this? Ask people who own it.**

ⓘ Start typing and see existing answers. Learn more

**Does Lake Nona Deli & Market have online ordering?**
Answer:     Yes, Lake Nona Deli & Market has online ordering through Slice, the largest pizza brand in the US.

**Does Lake Nona Deli & Market offer delivery?**
Answer:     Lake Nona Deli & Market does offer delivery. Delivery is $5.

**Does Lake Nona Deli & Market offer curbside pickup?**
Answer:     Yes, Lake Nona Deli & Market has curbside pickup service available.

**Where is Lake Nona Deli & Market located?**
Answer:     Lake Nona Deli & Market is located at 8510 Insular Ln, Orlando, FL 32827.

**What are the hours for Lake Nona Deli & Market?**
Answer:     Lake Nona Deli & Market is open every day of the week. Here are their full hours. Please remember that these
            times can change.
            Monday: 9:00 am - 8:30 pm
            Tuesday: 9:00 am - 8:30 pm
            Wednesday: 9:00 am - 8:30 pm
            Thursday: 9:00 am - 8:30 pm
            Friday: 9:00 am - 8:30 pm
            Saturday: 10:00 am - 8:30 pm
            Sunday: 11:00 am - 7:30 pm

**What time does Lake Nona Deli & Market close?**
Answer:     Lake Nona Deli & Market closes at 8:30 pm every day except Sunday when they close at 7:30 pm.

**What time does Lake Nona Deli & Market open?**
Answer:     Lake Nona Deli & Market opens at 9:00 am every day except Saturday when they open at 10:00 am Sunday
            when they open at 11:00 am.

**Is Lake Nona Deli & Market open on Sunday?**
Answer:     Currently, Lake Nona Deli & Market plans to be open on Sunday from 11:00 am to 7:30 pm for Delivery and
            Pickup. These hours can change so be sure to check back.

**Does Lake Nona Deli & Market have any deals?**
Answer:     Lake Nona Deli & Market is not currently offering deals.

**What food is served at Lake Nona Deli & Market?**
Answer:     Lake Nona Deli & Market makes vegan pizza, healthy pizza, veggie pizza and more!

**Does Lake Nona Deli & Market have wings?**
Answer:     Yes, Lake Nona Deli & Market has chicken wings, white rice, chicken wings & black beans lunch and chicken
            wings catering.

**Does Lake Nona Deli & Market offer vegan or vegetarian pizza?**
Answer:     Yes, Lake Nona Deli & Market has both vegan and vegetarian options.

**Does Lake Nona Deli & Market have thin crust pizza?**
Answer:     It doesn't look like there are thin crust options at Lake Nona Deli & Market.

Lake Nona Deli & Market - View Menu & Order Online - 8510 Insular Ln, Orlando, FL 32827 - Slice
Slice › FL › Orlando › 32827 › Lake Nona Deli & Market
Price: $$
Cuisine: vegan pizza, healthy pizza, veggie pizza

GET THE APP

LOG IN

**Slice**
About
Careers
Blog
Pizza Near Me
Pickup Service Near Me
Top Brands

**Let Us Help You**
24/7 Support
FAQ
Account

**Browse Delivery or Pickup by City**
New York City          Brooklyn          Bronx
Staten Island          Philadelphia      Baltimore
Chicago                Las Vegas         Nashville
Seattle                San Francisco     Boston
View All Cities

**Browse by Pizza Types**
New York Pizza         Sicilian Pizza    Veggie Pizza
Deep Dish Pizza        By the Slice      Gluten Free Pizza
Neapolitan Pizza       Tomato Pie        Grandma Pizza
Thin Crust Pizza       Stuffed Pizza     Thick Crust Pizza

Captured by FireShot Pro: 11 July 2024, 13:56:33
https://getfireshot.com



Page 1
Lake Nona Deli & Market - Orlando, FL - 8510 Insular Ln - Hours, Menu, Order
https://www.lakenonadelimarketmenu.com/

Lake Nona Deli & Market | DINE-IN | 9:00 AM-8:30 PM          8510 Insular Ln, Orlando, FL 32827     Menu   Hours   About



# LAKE NONA DELI & MARKET

**VIEW MENU**   **START ORDER**

## MOST POPULAR ITEMS

**Cheese Pizza**
Classic cheese or create your own pizza.
$16.30


**Chicken Parmesan Sandwich**
Breaded chicken in marinara sauce with mozzarella and Parmesan cheese.
$12.48


**Cachapa with Cheese**
Sweet corn pancakes with fresh soft white cheese.
$12.36


**Classic Supreme Pizza**
Pepperoni, sausage, ham, onions, green peppers, mushrooms, banana peppers, and black olives.
$21.25


**Cuban Sandwich**
House-made roast pork, ham, Swiss, pickles, and mustard.
$12.80


**Classic Meat Pizza**
Pepperoni, sausage, ham, and bacon.
$21.25


**Impossible Burger with Chips**
Brioche bread, veggie patty, cheddar cheese, lettuce, tomatoes, onions, pickles, ketchup, mustard, and mayonnaise.
$11.56


**Smoothies**
Your choice of flavor.
$6.10

**Steak & Cheese Sandwich**
Shaved ribeye, provolone, onions, green peppers, and mushrooms.
$12.80


**Garlic Knots**
A classic snack, our garlic knots are strips of pizza dough tied in a knot, baked, and then topped with melted butter, garlic, and...
$5.62


## PIZZAS

**Cheese Pizza**
Classic cheese or create your own pizza.
$18.00


## SPECIALTY PIZZA

**Adore Deli Pizza**
Mixed marinara and alfredo sauce, mozzarella, onions, bacon, mushrooms, and parmesan cheese.
$22.00


**Marisa Pizza**
Mozzarella, sundried tomatoes, goat cheese, prosciutto, and arugula.
$25.00

---

**Your Order**



| Delivery | Pickup |
| 20 - 35 min | 15 - 30 min |

No address          Add address

your cart is empty



Captured by FireShot Pro: 11 July 2024, 13:58:28
https://getfireshot.com

**Classic Supreme Pizza**
Pepperoni, sausage, ham, onions, green peppers, mushrooms, banana peppers, and black olives.
$25.00


**Classic Meat Pizza**
Pepperoni, sausage, ham, and bacon.
$25.00


**Chicken Pesto Pizza**
Pesto base, chicken, mozzarella, and tomatoes.
$22.00


**BBQ Chicken Pizza**
BBQ chicken, red onions, mushrooms, bacon, and BBQ sauce.
$23.00


**Buffalo Chicken Pizza**
Breaded chicken breast, buffalo sauce, mozzarella, and blue cheese crumbles.
$22.00


**Bianca Pizza**
Alfredo sauce, mozzarella, ricotta cheese, parsley flakes, and garlic oil.
$22.00


**Vegetarian Pizza**
Onions, green peppers, tomatoes, mushrooms, banana peppers, and black olives.
$20.00


**Margherita Pizza**
Pizza red sauce, tomatoes, pesto, and mozzarella.
$20.00


**Hawaiian Pizza**
Ham and pineapple.
$22.00


**Vegan Pizza**
Marinara sauce, chickpeas, broccoli, onions, tomatoes, mushrooms and arugula.
$22.00


## PIZZAS PREMIUM

**Carbonara**
Alfredo base, mozzarella, bacon, onion, grilled chicken
$49.50


**Amore Mio**
Alfredo base, mozzarella, mushroom, onion, goat cheese, honey
$49.50


**Bianca Quattro Formaggi**
Alfredo Base, mozzarella, blue cheese, provolone, parmesano
$49.50


**Napolitana Quattro Formaggi**
Marinara base, mozzarella, blue cheese, provolone, parmesano
$49.50


**Napolitana**
Marinara base, mozzarella, tomato, basil, parmesano
$49.50


**Prosciutto e Funchi**
Pizza sauce, mozzarella, mushroom, prosciutto
$49.50


## PASTAS

**Ziti Marinara**

$12.10


**Ziti Marinara with Meatballs**

$13.20


**Ziti Marinara with Chicken Parmigiana**
Breaded chicken with marinara or alfredo sauce, mozzarella cheese, and parmesan cheese.
$14.00


**Ziti Adore**
Mixed marinara with alfredo.
$12.40


**Baked Ziti**
Ziti baked with ricotta, mozzarella, marinara sauce, Parmesan cheese, and parsley flakes.
$13.20


**Ziti Brocoli**
Broccoli, garlic, and olive oil.
$13.20

**Ziti Mushrooms**
Mushrooms, garlic butter, alfredo sauce, white wine, and parmesan cheese.
$14.00


**Ziti Pesto**

$12.10

**Ziti Alfredo**

$12.10



## CALZONES

**Calzone**
Mozzarella, ricotta, and a side of marinara sauce.

$20.00



**Vegan Calzone**
Marinara sauce, chickpeas, broccoli, onions, tomatoes, and mushrooms, topped with arugula.

$22.50



## APPETIZERS

**Bruschetta**
Garlic, pesto, onions, tomatoes, and shredded mozzarella.

$9.20



**Sliders**
Garlic knots stuffed with choice of pepperoni or meatballs, topped with mozzarella cheese.

$8.80



**Mozzarella Sticks**
Deep fried cheese sticks. Crispy on the outside, gooey on the inside.

$9.50



**Meatballs with Marinara Sauce**

$8.20



**Garlic Bread**
Bread, topped with garlic, herb seasoning, baked to perfection.

$4.37



**Garlic Bread with Cheese**
French garlic bread with cheese served with marinara sauce.

$4.80



**Garlic Knots**
A classic snack, our garlic knots are strips of pizza dough tied in a knot, baked, and then topped with melted butter, garlic, and...

$6.50



## SANDWICHES

**Chicken Parmesan Sandwich**
Breaded chicken in marinara sauce with mozzarella and Parmesan cheese.

$14.30



**Prosciutto Sandwich**
Mozzarella, prosciutto, sundried tomatoes, arugula, and pesto.

$14.30



**Meatball Parmesan Sandwich**
Meatballs, red sauce, mozzarella, and parmesan cheese.

$14.30



**Cuban Sandwich**
House-made roast pork, ham, Swiss, pickles, and mustard.

$14.60



**Italian Classic Sandwich**
Boar's Head ham, salami, pepperoni, provolone, Italian dressing, lettuce, tomatoes and onions.

$14.30



**Dill Chicken Salad Sandwich**

$14.30



**Steak & Cheese Sandwich**
Shaved ribeye, provolone, onions, green peppers, and mushrooms.

$14.60



**Gyro Sandwich**

$14.30



**Buffalo Chicken Sandwich**
Breaded chicken breast tossed with buffalo sauce, topped with blue cheese crumbles, lettuce, tomatoes, and onions.

$14.30



**Turkey Club Sandwich**
Boar's Head oven gold turkey, bacon, Swiss, lettuce, tomatoes, onions, and mayonnaise.

$14.30



**Vegetarian Sandwich**
Lettuce, tomatoes, red onions, mushrooms, green peppers, black olives, and your choice of cheese.

$13.60



**Caprese Sandwich**
Fresh mozzarella, tomatoes, and pesto.

$13.90

**Tuna Melt Sandwich**
Tuna, American cheese, lettuce, onions, and tomatoes.

$14.30



**Grilled Cheese Sandwich**
Creamy grilled cheese sandwich.

$9.99



**BLT Sandwich**
Bacon, lettuce, and tomatoes.

$11.80



**Build Your Own Sandwich**
Choice of bread, one meat, one cheese, and condiment, with lettuce, tomatoes, and onions.

$13.60



## SOUPS

**Soup of The Day**

$8.80



## SALADS

**Chef Salad**
Romaine lettuce topped with tomatoes, bacon, ham, turkey, red onions, cheddar cheese, and boiled egg.

$14.20



**Caesar Salad**
Romaine lettuce, Parmesan, and homemade croutons.

$13.20



**Buffalo Chicken Salad**
Romaine lettuce, topped with grilled buffalo chicken strips, red onions and blue cheese crumbles.

$14.00



**Garden Salad**
Romaine lettuce, tomatoes, red onions, green peppers, croutons, black olives, and banana peppers.

$13.20



**Lake Nona Market Salad**
Romaine lettuce, crisp apple, dried cranberries, and homemade candied walnut/pecans.

$14.20



**The Greek Salad**
Romaine lettuce, feta cheese, tomatoes, onions, kalamata olives, pepperoncini & green peppers.

$14.00



**Tuna Salad**
Romaine lettuce topped with tuna, tomatoes, red onions, kalamata olives, and cheddar cheese.

$14.00



## SUPER FOODS

**Cachapa with Cheese**
Sweet corn pancakes with fresh soft white cheese.

$14.10



**Cheese Burger With Chips**
Beef patty, cheddar cheese, lettuce, tomatoes, onions, pickles, mayonnaise, mustard, and ketchup.

$11.20



**Two Hot Dogs & Chips**

$9.25



**Chicken Wings**
Chicken wings with carrots, celery, and blue cheese dressing.

$13.20



**Tequenos**

$9.65



**2 Vegan Hot Dog**

$10.35



**French Fries**

$5.80

**Chicken Tenders and French Fries**

$13.50



Impossible Burger with chips

$13.35

Chicken Nuggets (5)

$8.80

## DESSERTS

2 Big Red Velvet Cookies

$7.10

Nutella Knots

$8.50

Cookies

$5.10

Gelato From Gelato-Go

$9.42

## SNACKS AND CANDIES

Snickers 1.86 Oz

$3.70

Milkyway 1.84 Oz

$3.70

Twix 1.79 Oz

$3.70

KitKat 1.5 Oz

$3.70

Reese's 1.5 Oz

$3.70

Crunch 1.55 Oz

$3.70

Hershey´s Cookies and Creme 1.55 oz

$3.70

Hershey´s Milk Chocolate 1.55 oz

$3.70

M&M's Peanut 1.74 oz

$3.70

Skittles Original 2.17 oz

$3.70

M&M´s Chocolate 1.74 oz

$3.70

## SMOOTHIES

Mixed Tropical Fruit Smoothie

$8.00

Strawberry Smoothie

$8.00

Pineapple Smoothie

$8.00

Mango Smoothie

$8.00

## BEVERAGES

| | |
|---|---|
| **20 Oz Drinks** $3.40 | **Milkshake** $12.15 |
| **Perrier 19.9 Oz** $5.80 | **Soda** $3.10 |
| **Gold Peak Green Tea** $6.50 | **Gold Peak Unsweetened Tea** $6.50 |
| **Gold Peak Georgia Peach Tea** $6.50 | **Body Armor Superior Hydration** $4.60 |
| **Body Armor** $4.60 | **Core Power 42g Complete Protein Strawberry** $4.60 |
| **Core Power 42g Complete Protein Chocolate** $4.60 | **Core Power 42g Complete Protein Vanilla** $4.60 |
| **Powerade Fruit Ponche** $4.60 | **Powerade Mixed Berry ZERO SUGAR** $4.60 |
| **Monster** $4.60 | **Monster Zero Sugar** $4.60 |
| **Spindrift Lime** $3.10 | **Spindrift Grapefruit** $3.10 |
| **Spindrift Lemon** $3.10 | **Minute Maid Apple** $4.60 |
| **Minute Maid Orange** $4.60 | **Minute Maid Tropical** $4.60 |
| **Red Bull 8.4 Oz** $3.10 | **Dasani Water** $2.50 |

## BREAKFASTS

🕐 Only available 9:00 AM - 11:45 AM

| | |
|---|---|
| **1) Bacon, scrambled eggs and american cheese**<br>Mexican Breakfast Burrito<br><br>$10.36 | **2) Sausage, scrambled eggs and american cheese**<br>Mexican Breakfast Burrito<br><br>$10.36 |
| **3) Veggies, scrambled eggs and american cheese (tomato, onion, green...**<br><br>$10.36 | **4) Bacon, scrambled eggs and american cheese**<br>French Breakfast Croissant<br><br>$10.00 |
| **5) Ham, scrambled eggs and american cheese**<br>French Breakfast Croissant<br><br>$10.00 | **6) Veggies, scrambled eggs and american cheese**<br>French Breakfast Croissant<br><br>$10.00 |
| **7) American full protein Bacon, ham, sausage, egg and mozzarella cheese**<br>American Breakfast Bowl<br><br>$11.80 | **8) American Veggies. Tomato, onion, green pepper, mushroom, egg and...**<br>American Breakfast Bowl<br><br>$11.20 |
| **9) American Vegan. Vegan hot dog, tomato, onion, green pepper,...**<br>American Breakfast Bowl<br><br>$11.80 | **10) Plain Bagel - Bagel and cream cheese**<br>Bagel<br><br>$5.40 |
| **11) American Bagel - Bacon, egg and cream cheese**<br>Bagel<br><br>$10.60 | **12) Italian Bagel - Cream cheese, onion, salt, pepper, prosciutto, olive oil,...**<br>Bagel<br><br>$11.90 |
| **Scramble Eggs, American Cheese, Bacon**<br><br>$11.50 | **Scramble Eggs, Swiss Cheese, Ham**<br><br>$11.50 |
| **Scramble Eggs, American Cheese, Veggies**<br><br>$11.50 | **Scramble Eggs With BLT (Bacon, Lettuce and Tomatoes)**<br><br>$11.50 |
| **Breakfast Pizza**<br>Parmesan, Oregano and Olive Oil<br><br>$13.60 | |

## LUNCH SPECIALS

🕐 Available from 11:00 AM - 2:00 PM

| | |
|---|---|
| **Grilled Cheese Sandwich & Soup Lunch**<br>Available from 11 am - 4 pm.<br><br>$12.00 | **Spaghetti with Meatballs Lunch**<br>Available from 11 am - 4 pm.<br><br>$12.00 |
| **Chef Salad Lunch**<br>Available from 11 am - 4 pm.<br><br>$12.00 | **Buffalo Chicken Salad Lunch**<br>Available from 11 am - 4 pm.<br><br>$12.00 |



Page 8
Lake Nona Deli & Market - Orlando, FL - 8510 Insular Ln - Hours, Menu, Order
https://www.lakenonadelimarketmenu.com/

2 Slices Cheese Pizza and Can Soda
Available from 11 am - 4 pm.

$12.00

White Rice, Chicken Parmesan & Caesar Salad
Available from 11 am - 4 pm.

$12.00



Spaghetti & Chicken Parmesan Lunch
Available from 11 am - 4 pm.

$12.00



White Rice, Chicken Wings & Black Beans Lunch
Available from 11 am - 4 pm.

$12.00



## APPETIZERS CATERING

Tequenos Catering
Venezuelan cheese sticks.

$56.25

Chicken Wings Catering
Your choice of wings.

$75.00

## SANDWICHES & HOT DOGS CATERING

Ovengold Turkey Sandwich Platter Catering
With cheese, lettuce, tomatoes, and onions.

$93.75

Ham Sandwich Platter Catering
With cheese, lettuce, tomatoes, and onions.

$93.75

Italian Sandwich Platter Catering
With cheese, lettuce, tomatoes, and onions.

$93.75

Vegetarian Sandwich Platter Catering
With cheese, lettuce, tomatoes, and onions.

$81.25

Dill Chicken Salad Sandwich Platter Catering
With cheese, lettuce, tomatoes, and onions.

$93.75

Tuna Salad Sandwich Platter
With cheese, lettuce, tomatoes, and onions.

$93.75

Hot Dogs Catering

$56.25

## HOT ENTREES CATERING

Chicken Parmesan Catering
Breaded chicken cutlets with tomato sauce, mozzarella cheese, and parmesan.

$81.25

Baked Ziti Catering
Ziti with mozzarella and tomato sauce baked to perfection in our oven. Supersized for your party.

$81.25

Ziti Marinara Catering

$60.00

Spaghettis Alfredo Catering
Fettuccine tossed in our creamy homemade alfredo sauce.

$100.00

## SALADS CATERING

The Greek Salad Catering
Romaine with feta, tomatoes, onions, Kalamata olives, pepperoncini, and green peppers.

$60.00

Lake Nona Market Salad Catering
Romaine with apples, dried cranberries, and candied walnuts & pecans.

$60.00

Tuna Salad Catering
Romaine with tuna, tomatoes, cheddar, red onions, and Kalamata olives.

$81.25

Chef Salad Catering
Romaine with tomatoes, bacon, ham, turkey, red onion, cheddar, and boiled egg.

$81.25

**Caesar Salad Catering**
Romaine with Parmesan, croutons, and Caesar dressing.

$60.00

**Garden Salad Catering**
Romaine with diced tomatoes, red onions, green peppers, croutons, black olives, and banana peppers.

$60.00

## SIDES CATERING

**Meatballs & Marinara Catering**

$62.50

## DESSERTS CATERING

**Nutella Knots Catering**

$50.00

**Cookies Catering**
Your choice of cookies.

$43.75

## BEER & WINE

**Cabernet Sauvignon**

$16.00

**Pinot Grigio**

$16.00

**Sauvignon Blanc**

$16.00

**Moscatto**

$16.00

**Chardonay**

$16.00

**Sangria**

$18.40

# LAKE NONA DELI & MARKET

Looking for something good to eat? Try the best pizzas in Orlando.

Lake Nona Deli & Market remains one of the most popular in Orlando thanks to its fresh offerings and classic pizzas. Give their menu a try and see what all the fuss is about.

If you're feeling hungry, don't hesitate. Enjoy the top dishes Orlando has to offer. This restaurant is known for Cachapa with Cheese. Try it for yourself and see what the fuss is about.

It's not just pizza. Try french fries for a delicious addition to your meal. Even the biggest appetite can be satisfied here.

Lake Nona Deli & Market has been a Slice partner for 4 years. This local business is a feature of the community it serves. Curbside pickup makes takeout easy. All you have to do is place an order and show up. You can't beat that for convenience!

Pay by credit card to make the checkout process easier.

Follow Lake Nona Deli & Market on social media to keep up with the latest news.

**(407) 305-6423**

**8510 INSULAR LN
ORLANDO, FL 32827**

**9:00 AM-8:30 PM**  OPEN NOW

Get Directions

Full Hours



**CONTACT US**
8510 Insular Ln, Orlando, FL 32827
(407) 305-6423

**FOLLOW US**


**FIND US ON THE SLICE APP**
 

Page 10
Lake Nona Deli & Market - Orlando, FL - 8510 Insular Ln - Hours, Menu, Order
https://www.lakenonadelimarketmenu.com/



**Empowered by Slice**
© Copyright 2024 Slice Solutions, Inc.

Lake Nona Deli & Market - Orlando, FL - 8510 Insular Ln - Hours, Menu, Order

Terms of use   Privacy policy