# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Form VA
VA 1-434-122

EFFECTIVE DATE OF REGISTRATION
6 / 10 / 2013
Month / Day / Year

---

**1 TITLE OF THIS WORK ▼**
Group Registration for Automated Database Compilation Database

**NATURE OF THIS WORK** ▼ See instructions
Digital Images

**PREVIOUS OR ALTERNATIVE TITLES ▼**
titled Stockfood America Published Quarterly From 4/1/12 – 6/30/12

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** | **Number ▼** | **Issue Date ▼** | **On Pages ▼**

---

**2 a NAME OF AUTHOR ▼**
Stockfood America

**DATES OF BIRTH AND DEATH**
Year Born ▼ | Year Died ▼
NA

**WAS THIS CONTRIBUTION TO THE WORK A "WORK MADE FOR HIRE"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of USA
OR Domiciled in Maine

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☒ Photograph ☐ Text — Compilation of photographs
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b NAME OF AUTHOR ▼**
See contribution forms

**DATES OF BIRTH AND DEATH**
Year Born ▼ | Year Died ▼

**WAS THIS CONTRIBUTION TO THE WORK A "WORK MADE FOR HIRE"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of _____
OR Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☒ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**3 a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
Year ▶ 2012
This information must be given in all cases.

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 6  Day ▶ 30  Year ▶ 2012
Nation ▶ US

---

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Stockfood America
109 Lafayette Center Kennebunk ME 04043

APPLICATION RECEIVED
6/10/2013
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By contract

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

Page 1 of 138 pages

\*Amended by C.O. through email with Deborah Free of Stockfood America on June 10, 2013.

EXAMINED BY KSL

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

\* Previously published database

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New photographs
New compilation of photographs

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Shannon Mahoney
Stockfood America
109 Lafayette Center, Kennebunk ME 04043

Area code and daytime telephone number (207) 967 5776    Fax number ( )
Email shannon.mahoney@stockfood.com

**8 CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Stockfood America
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Deborah A Free    Date 5/29/13

Handwritten signature (X) ▼
X _Deborah Free_

**9 Certificate will be mailed in window envelope to this address:**
Name ▼ Stockfodd America
Number/Street/Apt ▼ 109 Lafayette Center
City/State/Zip ▼ Kennebunk, ME 04043

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office-VA
101 Independence Avenue SE
Washington, DC 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA-Full Rev 05/2012 Print 05/2012—6,000 Printed on recycled paper    U.S. Government Printing Office: 2012-372-482 80,911